# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRIAN JARRAT FOWLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:16-cv-02835 |
| ) | Judge Aleta A. Trauger |
| McCARTER, CATRON & EAST, PLLC; ) | |
| GILBERT WAYNE McCARTER, II; ) | |
| JOHN DOE PERSONS A–M; and ) | |
| JOHN DOE ENTITIES N–Z, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the plaintiff's requests to convert the defendants' Rule 12(b)(6) motion into a Rule 56 motion, to conduct discovery, and to stay consideration of the defendants' motion pending such discovery are **DENIED**.

The Motion to Dismiss (Doc. No. 27) filed by defendants McCarter, Catron & East, PLLC and Gilbert Wayne McCarter is **GRANTED**, on the grounds that the plaintiff's claims against these defendants are barred by the statute of limitations. The claims against McCarter, Catron & East, PLLC and Gilbert Wayne McCarter are **DISMISSED WITH PREJUDICE**.

The plaintiff also names as defendants John Doe Persons A–M and John Doe Entities N–Z. As explained in the accompanying Memorandum, the court finds that the claims against the unnamed defendants are also barred by the statute of limitations. The claims against these defendants are likewise **DISMISSED WITH PREJUDICE**, and this action is **DISMISSED** in its entirety.

This Order constitutes the judgment in this action, for purposes of Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge