UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

Brian Jarrat Fowler
                           Plaintiff,

v.                                       Case No.: 3:16−cv−02835

McCarter, Catron &East, PLLC, et al.
                           Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/16/2017 re [51].

                                                          Keith Throckmorton, Clerk
                                                          s/ Hannah Blaney, Deputy Clerk